## Commonwealth *v.* Hyers, Appellant.

Argued March 23,

1970. *Daniel C. Barrish,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *Paul W. Tressler,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.